IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>**JAVIER BADILLO CARDONA**<br>**SSN XXX-XX-7990**<br>**Debtor** | CASE NO. 19-03462-EAG<br><br>CHAPTER 7 |
|---|---|

**APPLICATION FOR REFUND OF FILING FEE OVERPAYMENT**

**TO THE HONORABLE COURT:**

COMES NOW Debtor JAVIER BADILLO CARDONA, through the undersigned attorney and respectfully state and pray:

1. That an overpayment has been made in the present case. See Exhibit I- Notice of Overpayment

2. The debtor filed the instant Chapter 13 petition on June 18, 2019.

3. The debtor filed an Amended Schedule D: Individual-Creditors having Claims Secured by property on October 18, 2019 and paid the applicable fee of $ 31.00 see dk-28.

3. That inadvertently the fee of $ 31.00 was paid again on same date, see (dk-29). See Exhibit I- Notice of Overpayment.

4. The attorney of debtor request that she be reimburse to the credit card account of Visa, Banco Popular ending in xxxxx6733, that was used to pay the fee.

**WHEREFORE**, it is requested that the Court grant this motion and order the clerk to return the amount of $ 31.00 to Visa credit card of Banco Popular ending in xxxxx6733, that was used in the transaction.

**(7) DAYS NOTICE**: The clerk of court and parties in interest are hereby notified that unless a written objection is filed to motion the court may grant the same without further hearing.

Certificate of Service: I hereby certify that on this date I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the documents to the non CM/ECF participants as per the creditor list.

In Yauco, Puerto Rico this 20th day of May 2020.

/s/Nydia Gonzalez Ortiz
USDC-PR 124006
Attorney for Debtor
SANTIAGO & GONZALEZ LAW, LLC.
11 Betances Street
Yauco, Puerto Rico 00698
Phones (787) 267-2205/2252
Fax: (939)731-3020
Email:bufetesg@gmail.com

| | | |
|---|---|---|
| JAVIER BADILLO CARDONA<br>CALLE LA VIA # 9<br>BO. MANI<br>MAYAGUEZ, PR 00682 | DISCOVER<br>PO BOX 15316<br>WILMINGTON, DE 19850 | TRANSPORTACION Y OBRAS P<br>PO BOX 41243<br>SAN JUAN, PR 00940 |
| NYDIA GONZALEZ ORTIZ, ESQ<br>SANTIAGO & GONZALEZ LAW, LLC<br>11BETANCES ST<br>YAUCO, PR 00698 | FIDELITY BROKERAGE SERVICES LLC<br>MEMBER NYSE, SIPC<br>900 SALEM STREET<br>SMITHFIELD, RI 02917 | |
| ADMINISTRACION DE RETIRO<br>PO BOX 42003<br>SAN JUAN, PR 00940 | HOME DEPOT<br>PO BOX 182676<br>COLUMBUS, OH 43218-2676 | |
| BANK OF AMERICA<br>P.O. BOX 15019<br>WILMINGTON, DE 19850-5019 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896-0090 | |
| CITI<br>P.O. BOX 9001037. LOUISVILLE KY 40290<br>LOUISVILLE, KY 40290 | ORIENTAL<br>PO BOX 31021<br>TAMPA, FL 33631-3021 | |
| CITI<br>PO BOX 790040<br>SAINT LOUIS, MO 63179-9819 | PEP BOYS<br>3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132 | |
| CITI<br>P.O. BOX 9001037<br>LOUISVILLE, KY 40290-1037 | SEARS<br>PO BOX 688956<br>DES MOINES, IA 50368-8956 | |
| CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | TJX REWARDS<br>P.O. BOX 530948,<br>ATLANTA, GA 30353 | |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | TOYS RUS<br>PO BOX 530939<br>ATLANTA, GA 30353-0939 | |

 Santiago & Gonzalez Law. LLC <bufetesg@gmail.com>

# OVERPAYMENT CASE 19-03462 RECEIPT 14274408

1 message

**Inecita Collazo Villegas** <Inecita_Collazo@prb.uscourts.gov>　　　　　　　　　Wed, Feb 26, 2020 at 8:42 AM
To: "bufetesg@gmail.com" <bufetesg@gmail.com>, "sgecf@yahoo.com" <sgecf@yahoo.com>,
"bufetestgogonzalez@hotmail.com" <bufetestgogonzalez@hotmail.com>, "R59497@notify.bestcase.com"
<R59497@notify.bestcase.com>

Good morning/afternoon!

On 10/18/2020 we noticed that you have an overpayment of $31.00 in the Pay.gov system. The payment was applied
to the following case: **19-03462**. I have called your office several times in regards to this matter.

Pursuant LBR 5080-1, refunds should be requested by motion or application.

Should you have any questions, do not hesitate to let us know.

Regards,

| Date | Doc # | Description |
|---|---|---|
| 10/18/2019 | 27 | Amended Schedule D: Individual- Creditors Having Claims Secured by Property Filing fee: $31. filed by NYDIA GONZALEZ ORTIZ on behalf of JAVIER BADILLO CARDONA (GONZALEZ ORTIZ, NYDIA) (Entered: 10/18/2019) |
| 10/18/2019 | 28 | Receipt of Schedule D - Creditors Having Claims Secured by Property(19-03462-EAG13) [misc,schd] ( 31.00) filing fee. Receipt number 14275205, amount $ 31.00. (RE: related document(s) 27) (U.S. Treasury) (Entered: 10/18/2019) |
| 10/18/2019 | 29 | Receipt of amended schedule.(DUPLICATED PAYMENT) **Receipt Number 14274408**, Fee Amount $31.00 (COLLAZO, INECITA) (Entered: 10/21/2019) |



*Inecita Collazo Villegas*
Financial Technician
US Bankruptcy Court for the District of Puerto Rico
Voice: (787) 977-6012 Fax: (787) 977-6008
inecita_collazo@prb.uscourts.gov
🌿 Please consider the environment before printing this email

**CONFIDENTIALITY DISCLAIMER:** The information contained in this email and any attachment to it is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended for the sole use of the intended recipient(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it.